1 Paul M. Levine (007202)
2 Matthew A. Silverman (018919)
**McCarthy ◆ Holthus ◆ Levine**
3 3636 North Central Avenue
Suite 1050
4 Phoenix, AZ 85012
5 (602) 230-8726

6 Attorneys for Movant,
7 NOVASTAR MORTGAGE, INC., its successors and/or assigns

8

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re: | ) In Proceedings Under<br>)<br>) Chapter 13<br>)<br>) Case No. 06-02937-EWH<br>)<br>) *Modified*<br>) **ORDER TERMINATING**<br>) **AUTOMATIC STAY**<br>) |
| David Charles Henry,<br>Janet Ann Henry, | |
| Debtor(s). | |
| NOVASTAR MORTGAGE, INC., its successors and/of assigns, | |
| Movant, | |
| v. | |
| David Charles Henry, Janet Ann Henry, Debtor(s); and Russell A. Brown, Chapter 13 Trustee, | |
| Respondents. | |

Movant, having filed a Motion for Relief from the Automatic Stay with respect to the hereinafter-described property after appropriate notice and opportunity for a hearing, no party in

interest having objected to such relief, the Respondents having failed to plead or otherwise defend, and good cause appearing,

**IT IS THEREFORE ORDERED** that:

Any and all stays against lien enforcement, including the automatic stay of 11 U.S.C. § 362(a) and the automatic injunction of 11 U.S.C. § 524(a), are hereby vacated with respect to the property generally described as 131 N Buffalo St, Springville NY 14141. ~~and Movant, its assignees and/or successors in interest, may proceed with a foreclosure of and hold a Trustee's sale of the subject property pursuant to the state law, and thereafter commence any action necessary to obtain complete possession of the subject property without further court order or proceeding being necessary.~~ *EWH*

DATED: 10-19-06

_____
UNITED STATES BANKRUPTCY JUDGE