FORM ntcntry

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:06–bk–02937–EWH |
| DAVID CHARLES HENRY<br>865 NORTH ROOSEVELT CIRCLE<br>SCOTTSDALE, AZ 85257<br>**SSAN:** xxx–xx–6553<br>**EIN:** | Chapter: 13 |
| JANET ANN HENRY<br>865 NORTH ROOSEVELT CIRCLE<br>SCOTTSDALE, AZ 85257<br>**SSAN:** xxx–xx–6011<br>**EIN:** | |
| Debtor(s) | |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

---

You are hereby notified that on October 20, 2006, this Court entered the enclosed judgment or order on the docket for the above−entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: October 20, 2006**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003–1727<br>Telephone number: (602) 682–4000<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>**Terrence S. Miller** |