# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | DAVID CHARLES & JANET ANN HENRY |
| **Case Number:** | 2:06-bk-02937-EWH    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JANUARY 04, 2007 02:15 PM   6TH FLOOR #602 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

MOTION FOR CLARIFICATION RE ORDER LIFT AUTOMATIC STAY AND INJUNCTION FILED BY NOVASTAR MORTGAGE, INC. .

**R / M #:**   22 / 0

## Appearances:

SCOTT LIESKE, ATTY TRUSTEE
ANDREW NEMETH, ATTORNEY FOR DAVID CHARLES HENRY, JANET ANN HENRY
EDWARD MOOMJIAN, ATTORNEY FOR NOVASTAR MORTGAGE, INC.
MATT SILVERMAN, ATTY NOVASTAR

## Proceedings:

The Court explained it's concerns.

Mr. Moomjian responded to the Court's position.

Mr. Lieske asked that this hearing be continued to allow the trustee to continue it's investigation.

COURT:  IT IS ORDERED CONTINUING THIS HEARING TO FEBRUARY 14, 2007 AT 10:00 A.M.