# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | DAVID CHARLES & JANET ANN HENRY | | |
| **Case Number:** | 2:06-bk-02937-EWH | **Chapter:** | 13 |
| **Date / Time / Room:** | WEDNESDAY, FEBRUARY 14, 2007 10:00 AM   6TH FLOOR #602 | | |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL | | |
| **Courtroom Clerk:** | LUANN BELLER | | |
| **Reporter / ECR:** | JO-ANN STAWARSKI | | |

## Matter:

CONTINUED HEARING RE: MOTION FOR CLARIFICATION RE ORDER LIFT AUTOMATIC STAY AND INJUNCTION FILED BY NOVASTAR MORTGAGE, INC. .

**R / M #:** 22 / 0

## Appearances:

SCOTT LIESKE, ATTYTRUSTEE
EDWARD MOOMJIAN, ATTORNEY FOR NOVASTAR MORTGAGE, INC.

## Proceedings:

Mr. Moomjian explained his position for the Court, addressing the notice of pendency issue.

Mr. Lieske responded, stating that there was no certificate of service on file and cited case law to support his position.

Mr. Moomjian replied, stating that he believes that the case law cited does not apply.

COURT: IT IS ORDERED ALLOWING MR. LIESKE UNTIL MARCH 7, 2007 TO FILE A RESPONSE AND SERVE A COPY ON COUNSEL AND AT THAT TIME THIS MATTER WILL BE DEEMED UNDER ADVISEMENT. THE COURT WILL ACCEPT NO FURTHER PLEADINGS FROM THE CREDITOR.

UNDER ADVISEMENT
CC: Jannis, Betsy