| | |
|---|---|
| **CHANDLER & UDALL, LLP**<br>ATTORNEYS AT LAW<br>4801 EAST BROADWAY BOULEVARD, SUITE 400<br>TUCSON, ARIZONA 85711<br>(520) 623-4353<br><br>Edward Moomjian II, PCC # 65050, SBN 016667<br>Co-Counsel for Novastar Mortgage, Inc.<br><br>Office of Russell A. Brown<br>Chapter 13 Trustee<br>P. O. Box 33970<br>Phoenix, Arizona 85067-3970<br>(602) 277-8996<br>Scott Lieske, SBN 16250<br>Counsel for Chapter 13 Trustee | |

## IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DAVID C. HENRY and JANET A. HENRY,<br><br>              Debtors.<br>_____<br><br>NOVASTAR MORTGAGE, INC., its successors and/or assigns,<br><br>              Movant,<br>vs.<br><br>DAVID C. HENRY and JANET A. HENRY, DEBTORS, and RUSSEL A. BROWN, CHAPTER 13 TRUSTEE. | NO. 2:06-bk-02937-EWH<br><br>Chapter 13<br><br>**NOTICE OF SETTLEMENT** |

      Novastar Mortgage, Inc. ("Novastar") and Chapter 13 Trustee Russell A. Brown (the "Trustee"), by and through their undersigned counsel, hereby notify the Court that they (and the Debtor) have reached a three-party settlement regarding the pending motion for clarification of the lift-stay, and the Trustee's potential avoidance of Novastar's mortgage in the New York Property subject, of course, to notice and the Court's approval. Novastar

anticipates that the parties will likely have a motion seeking to approve the settlement within thirty (30) days.[1] As such, Novastar and the Trustee request that the Court proceed to: (1) stay the June 7, 2007 deadline[2] previously set for the Trustee to submit his supplemental brief as to the now settled dispute; and (2) set a status conference on or after July 7, 2007. If the parties are able to submit their motion seeking approval of the settlement prior to the status conference, they will notify the court at that time so that the status conference can be reset at a later date as a hearing regarding approval of the proposed settlement.

DATED this 6th day of June, 2007

CHANDLER & UDALL, LLP

By        /s Edward Moomjian II
          Edward Moomjian II
          Co-Counsel for Novastar Mortgage, Inc.

RUSSEL A. BROWN, CH. 13 TRUSTEE

By
          Scott Lieske
          Counsel for Chapter 13 Trustee

---

[1] As the Court may recall, the settlement negotiated between Novastar, the Trustee and the Debtors has involved a fair amount of analysis, negotiation and resolution of a several issues, as well as requiring Counsel for Novastar to work to resolve these various issues by coordinating with Debtors' counsel, Trustee's counsel, Novastar's own representatives and other counsel, and various counsel and representatives of Novastar's title insurer, as well as undertaking an investigation (i.e., obtain an updated title report) relating to the New York property at issue, which revealed additional liens beyond those listed in the bankruptcy schedules, and to investigate the validity of those liens, and how those liens may be resolved or otherwise dealt with given the framework of the preliminary settlement structure (all of which further complicated the issues to be resolved as part of a settlement). Thus, while counsel for Novastar is hopeful that the final motion seeking approval of the settlement can be filed within thirty (30) days, given the terms of the settlement, and the necessity of obtaining approval from multiple sources regarding the language of the proposed motion seeking approval of the settlement (and the related order), it is foreseeable that this could take beyond thirty (30) days. To the extent it does, Novastar and the Trustee request (herein) that the Court set a status conference approximately thirty (30) days out so that, to the extent preparation of the motion requires additional time, at that point the parties should be able to provide the court with an estimate of how much longer this will take to complete.

[2] *See Order* (4/30/07) (setting this extended deadline).

| | |
|---|---|
| 1 | ORIGINAL electronically filed this 6th day of June, 2007, with |
| 2 | United States Bankruptcy Court |
| 3 | COPY of the foregoing mailed this 5th day of June, 2007, to: |
| 4 | |
| 5 | David Charles Henry<br>Janet Ann Henry<br>1846 East Anchor Drive |
| 6 | Scottsdale, Arizona   85234<br>Debtors |
| 7 | |
| 8 | Tatiana M. Froes, Esquire<br>Andrew Nemeth, Esquire |
| 9 | **PHILLIPS & ASSOCIATES**<br>3030 North Third Street, Suite 1100<br>Phoenix, Arizona   85012 |
| 10 | Attorney for Debtors |
| 11 | Village of Springfield<br>5 West Main Street |
| 12 | P. O. Box 17<br>Springville, New York   14141 |
| 13 | Tax Lien |
| 14 | Paul A. Levine, Esquire<br>Matthew M Silverman, Esquire |
| 15 | **McCarthy Holthus Levine**<br>3636 North Central Avenue, Suite 1050 |
| 16 | Phoenix, Arizona   85012<br>Co-Counsel for Novastar Mortgage, Inc. |
| 17 | |
| 18 | By _____ |
| 19 | C:\My Documents\Ed's Documents\Work (Legal)\Notice of Settlement.wpd |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |