**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-01167/2000336778

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>David Charles Henry and Janet Ann Henry<br>　　　　Debtors.<br><br>NovaStar Mortgage, Inc.<br><br>　　　　Movant,<br>　vs.<br><br>David Charles Henry and Janet Ann Henry,<br>Debtors, Russell A. Brown, Trustee.<br><br>　　　　Respondents. | No. 2:06-bk-02937-EWH<br><br>Chapter 13<br><br>NOTICE OF APPEARANCE<br>AND REQUEST FOR NOTICE |

　　　　NovaStar Mortgage, Inc. by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings, and requests that the name and address of its attorneys be added to the mailing list in this matter, and that all future notices which creditors are entitled to receive be mailed to

said attorneys.

DATED this 23rd day of January, 2008.

Respectfully submitted,

TIFFANY & BOSCO, P.A.


BY   /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    Attorney for Movant

Copy of the foregoing was
mailed January 23, 2008.

David Charles Henry and Janet Ann Henry
1846 E. Anchor Dr.
Gilbert, AZ 85234
Debtors

Tatiana Mamede Froes
3030 N Third Street
Suite 1100
Phoenix, AZ 85012
Attorney for Debtors

Russell A. Brown
3838 N. Central Ave
Suite 800
Phoenix, AZ 85012-1965
Trustee

Russell Brown
P.O. Box 33970
Phoenix, AZ 85067-3970

……

NOVASTAR MORTGAGE, INC.
P.O. BOX 2900
MISSION, KS 66201

VILLAGE OF SPRINGVILLE
5 WEST MAIN STREET
POST OFFICE BOX 17
SPRINGVILLE, NY 14141

ARIZONA DEPARTMENT OF REVENUE
BANKRUPTCY/LITIGATION SECTION
1600 W. MONROE, ROOM 720
PHOENIX, AZ 85007

INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA 19114

NEW YORK STATE DEPARTMENT
OF TAXATION AND FINANCE
P.O. BOX 3131
NEW YORK, NY 101163
Phoenix, AZ 85012

By: __Anne Mallette__