# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-01167/2000336778

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>David Charles Henry and Janet Ann Henry<br>          Debtors.<br>――――――――――――――――<br>NovaStar Mortgage, Inc.<br><br>          Movant,<br>  vs.<br><br>David Charles Henry and Janet Ann Henry,<br>Debtors; Russell A. Brown, Trustee.<br><br>          Respondents. | No. 2:06-bk-02937-EWH<br><br>Chapter 13<br><br>MOTION TO WITHDRAW<br>MOTION FOR RELIEF FROM THE<br>AUTOMATIC STAY<br><br>(Relating to docket # 140) |

Movant, NovaStar Mortgage, Inc., by its attorney undersigned, moves to withdraw its Motion for Relief from Automatic Stay without prejudice.

DATED this 25th day of January, 2008.

                              Respectfully submitted,

                              TIFFANY & BOSCO, P.A.

                              BY  /s/ MSB # 010167
                                 Mark S. Bosco
                                 Leonard J. McDonald
                                 Attorneys for Movant

| | |
|---|---|
| 1 | COPY of the foregoing mailed |
| 2 | January 25, 2008 to: |
| 3 | David Charles Henry and Janet Ann Henry |
| 4 | 1846 E. Anchor Dr.<br>Gilbert, AZ  85234 |
| 5 | Debtors |
| 6 | Tatiana Mamede Froes<br>3030 N Third Street Suite 1100 |
| 7 | Phoenix, AZ  85012<br>Attorney for Debtors |
| 8 | |
| 9 | Russell A. Brown<br>3838 N. Central Ave Suite 800 |
| 10 | Phoenix, AZ  85012-1965<br>Trustee |
| 11 | NOVASTAR MORTGAGE, INC. |
| 12 | P.O. BOX 2900<br>MISSION, KS 66201 |
| 13 | |
| 14 | VILLAGE OF SPRINGVILLE<br>5 WEST MAIN STREET |
| 15 | POST OFFICE BOX 17<br>SPRINGVILLE, NY 14141 |
| 16 | |
| 17 | ARIZONA DEPARTMENT OF<br>REVENUE |
| 18 | BANKRUPTCY/LITIGATION SECTION<br>1600 W. MONROE, ROOM 720 |
| 19 | PHOENIX, AZ 85007 |
| 20 | INTERNAL REVENUE SERVICE<br>PO BOX 21126 |
| 21 | PHILADELPHIA, PA 19114 |
| 22 | NEW YORK STATE DEPARTMENT<br>OF TAXATION AND FINANCE |
| 23 | P.O. BOX 3131<br>NEW YORK, NY 101163 |
| 24 | |
| 25 | By  Anne Mallette |
| 26 | |