1  **CHANDLER & UDALL, LLP**
   ATTORNEYS AT LAW
2  **4801 EAST BROADWAY BOULEVARD, SUITE 400**
   **TUCSON, ARIZONA 85711**
3  **(520) 623-4353**

4  Edward Moomjian II, PCC # 65050, SBN 016667
   Co-Counsel for Novastar Mortgage, Inc.
5
   Office of Russell A. Brown
6  Chapter 13 Trustee
   P. O. Box 33970
7  Phoenix, Arizona   85067-3970
   (602) 277-8996
8  Scott Lieske, SBN 16250
   Counsel for Chapter 13 Trustee
9

10          **IN THE UNITED STATES BANKRUPTCY COURT**

11                    **DISTRICT OF ARIZONA**

12  In re:                                  NO. 2:06-bk-02937-EWH

13  DAVID C. HENRY and  JANET A.                 Chapter 13
    HENRY,
14                                         **NOTICE RE: SETTLEMENT**

15                 Debtors.
    _____
16
    NOVASTAR MORTGAGE, INC., its
17  successors and/or assigns,

18                 Movant,
    vs.
19
    DAVID C. HENRY and  JANET A.
20  HENRY, DEBTORS, and RUSSEL A.
    BROWN, CHAPTER 13 TRUSTEE.

21
22          Novastar Mortgage, Inc. ("Novastar") and Chapter 13 Trustee Russell A. Brown (the

23  "Trustee"), by and through their undersigned counsel, hereby jointly notify the Court that

    under the settlement entered into by Novastar, the Trustee and the Debtors, which settlement
24
    was approved by Order of this Court dated October 22, 2008, the title report update has been
25
26  obtained pursuant and the full settlement amount ($50,000.00) has been tendered to the Trustee

pursuant to Paragraphs 18(f) and 18(f)(i) of the Order.

        DATED this 21st day of February, 2008.

CHANDLER & UDALL, LLP

By_____ /s Edward Moomjian II_____
                Edward Moomjian II
                Co-Counsel for Novastar Mortgage, Inc.

RUSSEL A. BROWN, CH. 13 TRUSTEE

By_____
                Scott Lieske
                Counsel for Chapter 13 Trustee

ORIGINAL electronically filed
this 21st day of February, 2008, with
United States Bankruptcy Court

COPY of the foregoing mailed
this 21st day of February, 2008, to:

David Charles Henry
Janet Ann Henry
1846 East Anchor Drive
Scottsdale, Arizona   85234
Debtors

Tatiana M. Froes, Esquire
**PHILLIPS & ASSOCIATES**
3030 North Third Street, Suite 1100
Phoenix, Arizona   85012
Attorney for Debtors

Village of Springfield
5 West Main Street
P. O. Box 17
Springville, New York   14141
Tax Lien

Paul A. Levine, Esquire
Matthew M Silverman, Esquire
**McCarthy Holthus Levine**
3636 North Central Avenue, Suite 1050
Phoenix, Arizona   85012
Co-Counsel for Novastar Mortgage, Inc.

By _____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26