**CHANDLER & UDALL, LLP**
ATTORNEYS AT LAW
4801 EAST BROADWAY BOULEVARD, SUITE 400
TUCSON, ARIZONA 85711-3638
(520) 623-4353

Edward Moomjian II, PCC # 65050, SBN 016667
Co-Counsel for Novastar Mortgage, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | NO. 2:06-bk-02937-EWH |
| DAVID C. HENRY and JANET A. HENRY, | Chapter 13 |
| Debtors. | |
| ——————————————— | **NOTICE OF ERRATA** |
| NOVASTAR MORTGAGE, INC., its successors and/or assigns, | |
| Movant, | |
| vs. | |
| DAVID C. HENRY and JANET A. HENRY, DEBTORS, and RUSSEL A. BROWN, CHAPTER 13 TRUSTEE. | |

 Undersigned counsel hereby files this Notice of Errata to correct the date of electronic filing and mailing of the Notice of Settlement filed in this matter to reflect the actual electronic filing and mailing date to the said parties as March 3 2008.

 DATED this 3rd day of March, 2008.

              CHANDLER & UDALL, LLP

              By s/ Edward Moomjian II
                Edward Moomjian II
                Co-Counsel for Novastar Mortgage, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2008 I caused the attached document to be electronically transmitted to the Clerk's office using the CM/ECF System for filing.

I further certify that on March 3, 2008 I caused the attached document to be served on the following by United States First Class Mail, Postage Prepaid:

David Charles Henry
Janet Ann Henry
1846 East Anchor Drive
Gilbert, Arizona 85234
Debtors

Tatiana M. Froes, Esquire
**PHILLIPS & ASSOCIATES**
3030 North Third Street, Suite 1100
Phoenix, Arizona 85012
Attorney for Debtors

Village of Springfield
5 West Main Street
P. O. Box 17
Springville, New York 14141
Tax Lien

Paul A. Levine, Esquire
Matthew M Silverman, Esquire
**McCarthy Holthus Levine**
3636 North Central Avenue, Suite 1050
Phoenix, Arizona 85012
Co-Counsel for Novastar Mortgage, Inc.

                                                  s/ Edward Moomjian II