# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-14888/2000336778

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>David Charles Henry and Janet Ann Henry<br>       Debtors.<br>_____<br>Mortgage Electronic Registrations Systems, Inc. as nominee for Saxon Mortgage Services, Inc.<br>       Movant,<br>    vs.<br><br>David Charles Henry and Janet Ann Henry, Debtors; Russell A. Brown, Trustee.<br><br>       Respondents. | No. 2:06-bk-02937-EWH<br><br>Chapter 13<br><br>NOTICE OF FILING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND REQUIREMENT TO FILE<br><br>RE:  Real Property Located at<br>131 N. Buffalo St.<br>Springville, NY 14141 |

     NOTICE IS HEREBY GIVEN that the above Movant has filed a motion requesting relief from the automatic stay, the details of which are as follows:

Movant asserts that there is no equity in the property, which is the subject of the Motion for Relief from Stay, and/or Respondent has not provided Movant with adequate protection with respect to such property. Therefore, Movant is entitled to an Order Lifting Stay with respect to such property.

…

FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 4001 if no objection is filed with the court and a copy served on Movant whose address is:

>Mortgage Electronic Registrations Systems, Inc. as nominee for Saxon Mortgage Services, Inc.
>c/o Mark S. Bosco, Esq.
>2525 East Camelback Road, Suite 300
>Phoenix, Arizona 85016

WITHIN 15 DAYS of service of the motion, the motion for relief from the automatic stay may be granted without further hearing.

FINALLY, Movant's Counsel certifies that a letter was sent seeking to resolve the issues necessitating the motion, to Debtor's Counsel or the Debtor if the Debtor is without counsel and that after sincere effort the parties have been unable to resolve the matter, and the letter was sent at least five (5) business days prior to the filing of the motion.

DATED this 14th day of July, 2008.

>TIFFANY & BOSCO, P.A.

>By /s/ MSB # 010167
>Mark S. Bosco
>Leonard J. McDonald
>Attorneys for Movant

Copy of the foregoing was
mailed on July 14, 2008, to:

David Charles Henry and Janet Ann Henry
1846 E. Anchor Dr.
Gilbert, AZ 85234
Debtors

Tatiana Mamede Froes
3030 N Third Street
Suite 1100
Phoenix, AZ 85012
Attorney for Debtors

….

Russell A. Brown
3838 N. Central Ave
Suite 800
Phoenix, AZ 85012-1965
Trustee

Village of Springville
5 West Main Street
P.O. Box 17
Springville, NY 14141

New York State Department
Of Taxation and Finance
P.O. Box 3131
New York, NY 10116-3131

U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

By: <u>Marisol Francis</u>